UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| JOHN GABRIEL RIOS,<br>Institutional ID No. 171092<br><br>    Plaintiff,<br><br>v.<br><br>SAM R. CUMMINGS, *et al.*,<br><br>    Defendants. | No. 5:24-CV-00010-H |

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that Plaintiff's civil-rights complaint is dismissed without prejudice under 28 U.S.C. § 1915(g).

Dated January 23, 2024.

                    _____
                    James Wesley Hendrix
                    United States District Judge